# SUMMONS IN A CIVIL ACTION
## UNITED STATES DISTRICT COURT FOR THE WESTERN DISTRICT OF MICHIGAN

CLIFFORD SMITH, II as Next Friend of Minor, C.S.

Case No. 24-cv-01018
Hon. Jane M. Beckering

v.

WHITE CLOUD PUBLIC SCHOOL DISTRICT,
GEORGE LAMBRIGHT, ED CANNING, ASA WYERS,
LEIGHANN CHILES, AND SABINA FESSENDEN,
jointly and severally

TO: White Cloud Public School District
ADDRESS: 555 E. Wilcox Avenue
PO Box 1000
White Cloud, MI 49349

---

A lawsuit has been filed against you.

YOU ARE HEREBY SUMMONED and required to serve upon plaintiff, an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure within __21__ days after service of this summons on you (not counting the day you received it). If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You must also file your answer or motion with the Court.

The Court has offices in the following locations:

399 Federal Building, 110 Michigan St., NW, Grand Rapids, MI 49503
P.O. Box 698, 330 Federal Building, Marquette, MI 49855
107 Federal Building, 410 W. Michigan Ave., Kalamazoo, MI 49007
113 Federal Building, 315 W. Allegan, Lansing, MI 48933

PLAINTIFF OR PLAINTIFF'S ATTORNEY NAME AND ADDRESS
Kara E. Weisman
Raquel Munoz
Attorneys for Plaintiff
17197 N. Laurel Park Dr. Ste 500
Livonia, MI 48152

CLERK OF COURT



10/2/2024
By: Deputy Clerk          Date

---

## PROOF OF SERVICE

This summons for ___White Cloud Public School District___ was received by me on _____ (date).
(name of individual and title, if any)

☐ I personally served the summons on the individual at _____
on _____ .                                  (place where served)
    (date)

☐ I left the summons at the individual's residence or usual place of abode with _____, a person
                                                                              (name)
of suitable age and discretion who resides there, on _____, and mailed a copy to the individual's last known address.
                                                      (date)

☐ I served the summons on _____, who is designated by law to accept service
                              (name of individual)
of process on behalf of _____ on _____ .
                          (name of organization)                (date)

☐ I returned the summons unexecuted because _____ .

☐ Other (specify) _____ .

My fees are $ _____ for travel and $ _____ for services, for a total of $ _____ .

I declare under the penalty of perjury that this information is true.

Date: _____

_____
Server's signature

Additional information regarding attempted service, etc.:

_____
Server's printed name and title

_____
Server's address

# SUMMONS IN A CIVIL ACTION
## UNITED STATES DISTRICT COURT FOR THE WESTERN DISTRICT OF MICHIGAN

CLIFFORD SMITH, II as Next Friend of Minor, C.S.

Case No. 24-cv-01018
Hon. Jane M. Beckering

v.

WHITE CLOUD PUBLIC SCHOOL DISTRICT,
GEORGE LAMBRIGHT, ED CANNING, ASA WYERS,
LEIGHANN CHILES, AND SABINA FESSENDEN,
jointly and severally

TO: ED CANNING
ADDRESS: 555 E. Wilcox Avenue
PO Box 1000
White Cloud, MI 49349

---

A lawsuit has been filed against you.

YOU ARE HEREBY SUMMONED and required to serve upon plaintiff, an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure within __21__ days after service of this summons on you (not counting the day you received it). If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You must also file your answer or motion with the Court.

The Court has offices in the following locations:

399 Federal Building, 110 Michigan St., NW, Grand Rapids, MI 49503
P.O. Box 698, 330 Federal Building, Marquette, MI 49855
107 Federal Building, 410 W. Michigan Ave., Kalamazoo, MI 49007
113 Federal Building, 315 W. Allegan, Lansing, MI 48933

PLAINTIFF OR PLAINTIFF'S ATTORNEY NAME AND ADDRESS
Kara E. Weisman
Raquel Munoz
Attorneys for Plaintiff
17197 N. Laurel Park Dr. Ste 500
Livonia, MI 48152

CLERK OF COURT



10/2/2024
By: Deputy Clerk                Date

---

## PROOF OF SERVICE

This summons for _____ED CANNING_____ was received by me on _____.
(name of individual and title, if any)                                    (date)

☐ I personally served the summons on the individual at _____
on _____.                                    (place where served)
    (date)

☐ I left the summons at the individual's residence or usual place of abode with _____, a person
                                                                                (name)
of suitable age and discretion who resides there, on _____, and mailed a copy to the individual's last known address.
                                                     (date)

☐ I served the summons on _____, who is designated by law to accept service
                              (name of individual)
of process on behalf of _____ on _____.
                         (name of organization)                (date)

☐ I returned the summons unexecuted because _____.

☐ Other (specify) _____.

My fees are $ _____ for travel and $ _____ for services, for a total of $ _____.

I declare under the penalty of perjury that this information is true.

Date: _____

_____
Server's signature

Additional information regarding attempted service, etc.:

_____
Server's printed name and title

_____
Server's address

# SUMMONS IN A CIVIL ACTION
## UNITED STATES DISTRICT COURT FOR THE WESTERN DISTRICT OF MICHIGAN

CLIFFORD SMITH, II as Next Friend of Minor, C.S.

v.

WHITE CLOUD PUBLIC SCHOOL DISTRICT,
GEORGE LAMBRIGHT, ED CANNING, ASA WYERS,
LEIGHANN CHILES, AND SABINA FESSENDEN,
jointly and severally

Case No. 24-cv-01018
Hon. Jane M. Beckering

TO: ASA WYERS
ADDRESS: 555 E. Wilcox Avenue
PO Box 1000
White Cloud, MI 49349

---

A lawsuit has been filed against you.

YOU ARE HEREBY SUMMONED and required to serve upon plaintiff, an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure within __21__ days after service of this summons on you (not counting the day you received it). If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You must also file your answer or motion with the Court.

The Court has offices in the following locations:

399 Federal Building, 110 Michigan St., NW, Grand Rapids, MI 49503
P.O. Box 698, 330 Federal Building, Marquette, MI 49855
107 Federal Building, 410 W. Michigan Ave., Kalamazoo, MI 49007
113 Federal Building, 315 W. Allegan, Lansing, MI 48933

PLAINTIFF OR PLAINTIFF'S ATTORNEY NAME AND ADDRESS
Kara E. Weisman
Raquel Munoz
Attorneys for Plaintiff
17197 N. Laurel Park Dr. Ste 500
Livonia, MI 48152

CLERK OF COURT



By: Deputy Clerk     10/2/2024
                      Date

---

## PROOF OF SERVICE

This summons for _____**ASA WYERS**_____ was received by me on _____.
           (name of individual and title, if any)                        (date)

☐ I personally served the summons on the individual at _____
on _____.                                       (place where served)
      (date)

☐ I left the summons at the individual's residence or usual place of abode with _____, a person
                                                                               (name)
of suitable age and discretion who resides there, on _____, and mailed a copy to the individual's last known address.
                                                      (date)

☐ I served the summons on _____, who is designated by law to accept service
                              (name of individual)
of process on behalf of _____ on _____.
                           (name of organization)              (date)

☐ I returned the summons unexecuted because _____.

☐ Other (specify) _____.

  My fees are $_____ for travel and $_____ for services, for a total of $_____.

I declare under the penalty of perjury that this information is true.
Date:_____

_____
Server's signature

_____
Server's printed name and title

Additional information regarding attempted service, etc.:

_____
Server's address

# SUMMONS IN A CIVIL ACTION
## UNITED STATES DISTRICT COURT FOR THE WESTERN DISTRICT OF MICHIGAN

CLIFFORD SMITH, II as Next Friend of Minor, C.S.

Case No. 24-cv-01018
Hon. Jane M. Beckering

v.

WHITE CLOUD PUBLIC SCHOOL DISTRICT, GEORGE LAMBRIGHT, ED CANNING, ASA WYERS, LEIGHANN CHILES, AND SABINA FESSENDEN, jointly and severally

TO: LEIGHANN CHILES
ADDRESS: 555 E. Wilcox Avenue
PO Box 1000
White Cloud, MI 49349

---

A lawsuit has been filed against you.

YOU ARE HEREBY SUMMONED and required to serve upon plaintiff, an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure within __21__ days after service of this summons on you (not counting the day you received it). If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You must also file your answer or motion with the Court.

The Court has offices in the following locations:

399 Federal Building, 110 Michigan St., NW, Grand Rapids, MI 49503
P.O. Box 698, 330 Federal Building, Marquette, MI 49855
107 Federal Building, 410 W. Michigan Ave., Kalamazoo, MI 49007
113 Federal Building, 315 W. Allegan, Lansing, MI 48933

PLAINTIFF OR PLAINTIFF'S ATTORNEY NAME AND ADDRESS
Kara E. Weisman
Raquel Munoz
Attorneys for Plaintiff
17197 N. Laurel Park Dr. Ste 500
Livonia, MI 48152

CLERK OF COURT



10/2/2024

By: Deputy Clerk                                     Date

---

## PROOF OF SERVICE

This summons for _____ **LEIGHANN CHILES** _____ was received by me on _____ (date) _____.
(name of individual and title, if any)

☐ I personally served the summons on the individual at _____
on _____(date)_____.                                          (place where served)

☐ I left the summons at the individual's residence or usual place of abode with _____(name)_____, a person of suitable age and discretion who resides there, on _____(date)_____, and mailed a copy to the individual's last known address.

☐ I served the summons on _____(name of individual)_____, who is designated by law to accept service of process on behalf of _____(name of organization)_____ on _____(date)_____.

☐ I returned the summons unexecuted because _____.

☐ Other (specify) _____.

My fees are $ _____ for travel and $ _____ for services, for a total of $ _____.

I declare under the penalty of perjury that this information is true.
Date: _____

_____
Server's signature

Additional information regarding attempted service, etc.:

_____
Server's printed name and title

_____
Server's address

# SUMMONS IN A CIVIL ACTION
## UNITED STATES DISTRICT COURT FOR THE WESTERN DISTRICT OF MICHIGAN

CLIFFORD SMITH, II as Next Friend of Minor, C.S.

Case No. 24-cv-01018
Hon. Jane M. Beckering

v.

WHITE CLOUD PUBLIC SCHOOL DISTRICT,
GEORGE LAMBRIGHT, ED CANNING, ASA WYERS,
LEIGHANN CHILES, AND SABINA FESSENDEN,
jointly and severally

TO: SABINA FESSENDEN
ADDRESS: 555 E. Wilcox Avenue
PO Box 1000
White Cloud, MI 49349

---

A lawsuit has been filed against you.

YOU ARE HEREBY SUMMONED and required to serve upon plaintiff, an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure within __21__ days after service of this summons on you (not counting the day you received it). If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You must also file your answer or motion with the Court.

The Court has offices in the following locations:

399 Federal Building, 110 Michigan St., NW, Grand Rapids, MI 49503
P.O. Box 698, 330 Federal Building, Marquette, MI 49855
107 Federal Building, 410 W. Michigan Ave., Kalamazoo, MI 49007
113 Federal Building, 315 W. Allegan, Lansing, MI 48933

PLAINTIFF OR PLAINTIFF'S ATTORNEY NAME AND ADDRESS
Kara E. Weisman
Raquel Munoz
Attorneys for Plaintiff
17197 N. Laurel Park Dr. Ste 500
Livonia, MI 48152

CLERK OF COURT



By: Deputy Clerk      10/2/2024
                      Date

---

## PROOF OF SERVICE

This summons for _____ **SABINA FESSENDEN** _____ was received by me on _____.
(name of individual and title, if any)                                    (date)

☐ I personally served the summons on the individual at _____
on _____.                                           (place where served)
   (date)

☐ I left the summons at the individual's residence or usual place of abode with _____, a person
                                                                                  (name)
of suitable age and discretion who resides there, on _____, and mailed a copy to the individual's last known address.
                                                     (date)

☐ I served the summons on _____, who is designated by law to accept service
                            (name of individual)
of process on behalf of _____ on _____.
                         (name of organization)             (date)

☐ I returned the summons unexecuted because _____.

☐ Other (specify) _____.

My fees are $ _____ for travel and $ _____ for services, for a total of $ _____.

I declare under the penalty of perjury that this information is true.

Date:_____

Additional information regarding attempted service, etc.:

_____
Server's signature

_____
Server's printed name and title

_____
Server's address

# SUMMONS IN A CIVIL ACTION
## UNITED STATES DISTRICT COURT FOR THE WESTERN DISTRICT OF MICHIGAN

CLIFFORD SMITH, II as Next Friend of Minor, C.S.

Case No. 24-cv-01018
Hon. Jane M. Beckering

v.

WHITE CLOUD PUBLIC SCHOOL DISTRICT,
GEORGE LAMBRIGHT, ED CANNING, ASA WYERS,
LEIGHANN CHILES, AND SABINA FESSENDEN,
jointly and severally

TO: GEORGE LAMBRIGHT
ADDRESS: Michigan Department of Corrections- Central Michigan
Correctional Facility (STF)
320 Hubbard
St. Louis, MI 48880

A lawsuit has been filed against you.

PLAINTIFF OR PLAINTIFF'S ATTORNEY NAME AND ADDRESS
Kara E. Weisman
Raquel Munoz
Attorneys for Plaintiff
17197 N. Laurel Park Dr. Ste 500
Livonia, MI 48152

YOU ARE HEREBY SUMMONED and required to serve upon plaintiff, an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure within __21__ days after service of this summons on you (not counting the day you received it). If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You must also file your answer or motion with the Court.

CLERK OF COURT



The Court has offices in the following locations:

399 Federal Building, 110 Michigan St., NW, Grand Rapids, MI 49503
P.O. Box 698, 330 Federal Building, Marquette, MI 49855
107 Federal Building, 410 W. Michigan Ave., Kalamazoo, MI 49007
113 Federal Building, 315 W. Allegan, Lansing, MI 48933

By: Deputy Clerk                              10/2/2024
                                              Date

## PROOF OF SERVICE

This summons for _____ **GEORGE LAMBRIGHT** _____ was received by me on _____.
(name of individual and title, if any)                                    (date)

☐ I personally served the summons on the individual at _____
on _____.                                         (place where served)
     (date)

☐ I left the summons at the individual's residence or usual place of abode with _____, a person
                                                                                   (name)
of suitable age and discretion who resides there, on _____, and mailed a copy to the individual's last known address.
                                                        (date)

☐ I served the summons on _____, who is designated by law to accept service
                              (name of individual)
of process on behalf of _____ on _____.
                            (name of organization)                      (date)

☐ I returned the summons unexecuted because _____.

☐ Other (specify) _____.

My fees are $ _____ for travel and $ _____ for services, for a total of $ _____.

I declare under the penalty of perjury that this information is true.

Date: _____

_____
Server's signature

_____
Server's printed name and title

Additional information regarding attempted service, etc.:

_____
Server's address