UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

DARREN FINDLING,
as Next Friend to C.S.,

    Plaintiff,                                     Case No. 1:24-cv-1018

v.                                         HON. JANE M. BECKERING

WHITE CLOUD PUBLIC SCHOOL
DISTRICT, et al.,

    Defendants.

_____/

## **ORDER**

This is a civil action.  Plaintiff filed a Restricted Access Motion for Entry of Default Judgment Against Defendant George Lambright (ECF No. 107).  The matter was referred to the Magistrate Judge, who issued a Report and Recommendation (ECF No. 117) on January 30, 2026, recommending that the motion be granted and the requested default judgment be entered.  The Report and Recommendation was duly served on Plaintiff.[1]  No objections have been filed.  *See* 28 U.S.C. § 636(b)(1).  Accordingly:

**IT IS HEREBY ORDERED** that the Report and Recommendation (ECF No. 117) is APPROVED and ADOPTED as the Opinion of the Court.

**IT IS FURTHER ORDERED** that the Restricted Access Motion for Entry of Default Judgment Against Defendant George Lambright (ECF No. 107) is GRANTED for the reasons stated in the Report and Recommendation.

---

[1] Plaintiff and Defendant George Lambright are the only remaining parties in this matter. Defendant George Lambright has failed to appear.

A Default Judgment consistent with this Order will issue.


Dated: March 4, 2026                                    /s/ Jane M. Beckering
                                                       JANE M. BECKERING
                                                       United States District Judge